Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778
916-721-2767 fax

Attorneys for Plaintiff
Charles Wright

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES WRIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USAA SAVINGS BANK,<br><br>　　　　Defendant | Case No.: 2:19-cv-00591-WBS-CKD<br><br>**ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |

　　　　The Court, having reviewed the Stipulation between Plaintiff Charles Wright and Defendant USAA Savings Bank, and good cause appearing therefore:

　　　　IT IS HEREBY ORDERED that Plaintiff Charles Wright is granted leave to amend to file his First Amended Complaint for Damages, a copy of which is attached to the Stipulation as **Exhibit "A."**

　　　　IT IS ALSO ORDERED that Defendant's responsive pleading shall be due twenty-eight (28) days after the First Amended Complaint for Damages is filed.

　　　　IT IS FURTHER ORDERED that the First Amended Complaint for Damages is deemed filed as of the date this Order is transmitted via the CM/ECF system.

Dated: October 2, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE