Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778
916-721-2767 fax

Attorneys for Plaintiff
Charles Wright

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES WRIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USAA SAVINGS BANK, USAA FEDERAL SAVINGS BANK<br><br>　　　　Defendants. | Case No.: 2:19-cv-00591-WBS-CKD<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION TO SUBSTITUTE VANESSA WRIGHT AS PLAINTIFF**<br><br>Date:　　　December 2, 2019<br>Time:　　　1:30pm<br>Ctrm:　　　5<br>Location:　501 I Street, 14th Floor<br>　　　　　　Sacramento, CA 95814 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 2, 2019 at 1:30pm, or as soon thereafter as this matter may be heard before the Honorable William B. Shubb in Courtroom 5, 14th Floor at the Robert T. Matsui United States Courthouse, located at 501 I Street, Sacramento, California 95814, Plaintiff Charles Wright will, and hereby does, move this Court for an Order to substitute Vanessa Wright as Plaintiff in this matter. The Motion is being made under Federal Rule of Civil Procedure 25.

This Motion is based upon this Notice of Motion and Motion, the Accompanying Memorandum of Points and Authorities, the Declaration of Vanessa Wright and accompanying exhibits, the pleadings and papers on file herein, all other matters of which the Court may take judicial notice, and such other or further material as may be presented at or in connection with any hearing on this Motion.

**DATED**: October 30, 2019              **Gale, Angelo, Johnson, & Pruett, P.C.**

                                                        By:    */s/ Joe Angelo*
                                                                Joe Angelo
                                                                Attorney for Charles Wright

## MOTION

Plaintiff Charles Wright ("Plaintiff"), by and through his undersigned counsel, respectfully files this motion for an order substituting Vanessa Wright in the place of deceased Plaintiff Charles Wright. Charles Wright's will names Vanessa Wright as the executor of his estate. This motion is being made pursuant to Federal Rule of Civil Procedure 25.

## BACKGROUND

Plaintiff filed his lawsuit against USAA Savings Bank on April 4, 2019. An Amended Complaint was filed on October 4, 2019 adding USAA Federal Savings Bank as a defendant. On August 15, 2019 Plaintiff passed away from bladder cancer. A copy of his redacted death certificate is attached to the Declaration of Vanessa Wright as Exhibit A. A copy if his last will and testament naming Vanessa Wright as executor is attached as Exhibit B. Counsel for Plaintiff informed counsel for USAA Savings Bank about the passing of Plaintiff. A notice of suggestion of death was filed by USAA Savings Bank on September 11, 2019 (Document Entry Number 12).

## MOTION

Federal Rule of Civil Procedure 25(a)(1) states that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Federal Rule of Civil Procedure 25(c) provides that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party…"

In Sharp v. Ally Fin., Inc., 328 F. Supp. 3d 81 (WDNY 2018) the court granted the plaintiff's motion to substitute the administrator of his estate as the plaintiff to continue litigating his TCPA case against the defendant. The court in Sharp found that the plaintiff's claim was not extinguished Telephone Consumer Protection Statute was remedial in nature and

therefore it was proper and appropriate to grant the motion to substitute under F.R.C.P. 25. Sharp v. Ally Fin., Inc., 328 F. Supp 3d. at 90-92.

     In the instant case the facts are very similar to those in Sharp. Plaintiff's surviving spouse, Vanessa Wright, is the proper party to substitute into the Plaintiff's shoes as she is the beneficiary of Plaintiff's estate as established by the will that was in effect at the time of Plaintiff's passing. Plaintiff's surviving spouse should be able to continue to litigate Plaintiff's Telephone Consumer Protection Act and Rosenthal Fair Debt Collection Practices Act claims.

**DATED**: October 30, 2019            **Gale, Angelo, Johnson, & Pruett, P.C.**

                                         By:    */s/ Joe Angelo*
                                                   Joe Angelo
                                                   Attorney for Charles Wright

Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778
916-721-2767 fax

Attorneys for Plaintiff
Charles Wright

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES WRIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USAA SAVINGS BANK,<br><br>　　　　Defendant. | Case No.: 2:19-cv-00591-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY**<br><br>Date:　　　December 2, 2019<br>Time:　　　1:30pm<br>Ctrm:　　　5<br>Location:　501 I Street, 14th Floor<br>　　　　　　Sacramento, CA 95814 |

## [PROPOSED] ORDER

Plaintiff Charles Wright filed a Motion to Substitute Party under Federal Rule of Civil Procedure 25. This Court, after full consideration of the briefs and other documents in support of and in opposition to the Motion, and all other matters presented in connection therewith, orders as follows:

**IT IS EHREBY ORDERED** that the Motion is **GRANTED** and that Vanessa Wright is substituted in as Plaintiff for Charles Wright.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　William B. Shubb
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge