UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHARLES WRIGHT,<br><br>        Plaintiff,<br><br>   v.<br><br>USAA SAVINGS BANK and USAA FEDERAL SAVINGS BANK,<br><br>        Defendants. | No. 2:19-cv-00591 WBS CKD<br><br>ORDER RE: MOTION TO MODIFY SCHEDULING ORDER |

----oo0oo----

Before the court is plaintiff's Motion to Modify the Court's July 19, 2019 Scheduling Order. (Docket No. 26.) Pursuant to the discussion with the parties at the hearing on the motion, defendants shall respond to the interrogatories previously propounded by plaintiff by February 10, 2020. Plaintiffs are not granted leave to propound any additional interrogatories. Defendants shall designate the individual who is most knowledgeable regarding defendants' procedures, as previously requested by plaintiff, and shall make such individual

1

available for deposition, with the deposition to be carried out by March 13, 2020.  No other additional discovery is allowed.

Any dispositive motions shall be filed by April 1, 2020.  In all other respects the deadlines set by the court's Status (Pretrial Scheduling) Order (Docket No. 8) remain unchanged.

IT IS SO ORDERED.

Dated:  January 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE