# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**VANESSA WRIGHT, ET AL.,**

CASE NO: **2:19−CV−00591−WBS−CKD**

v.

**USAA SAVINGS BANK, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/22/20**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **May 22, 2020**

                                      by: /s/ H. Kaminski
                                                    Deputy Clerk